McGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

SEP 28 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEALED

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )    २०6-SW-0262
                          )                   GGH
       v.                 )
                          )
IN RE MATTER OF SEIZURE   )    [PROPOSED] SEALING ORDER
WARRANTS FOR CERTAIN VEHICLES )
                          )
_____)

For good cause shown in ¶ 75 of the affidavit of Chris Fitzpatrick, Special Agent, IRS-CI, in support of the seizure warrant issued in the above-captioned matter(s), the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

IT IS SO ORDERED.

DATED: Sep. 28, 2006



GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE